UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DONNA MURRELL                                         JURY TRIAL DEMANDED

v.                                                              CASE NO.

NATIONAL ENTERPRISE
SYSTEMS, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692.

2. This Court has jurisdiction. 15 U.S.C. § 1692k, 28 U.S.C. § 1331.

3. Plaintiff is a natural person who resides in Allegheny County, Western District of Pennsylvania.

4. Plaintiff is a consumer within the FDCPA.

5. Plaintiff allegedly incurred a debt within the FDCPA

6. Defendant holds itself out to the public as a collection agency.

7. Defendant is a debt collector within the FDCPA.

8. Defendant's collection efforts took place within the past year.

9. Defendant left messages on Plaintiff's answering machine failing to include the language mandated by 15 U.S.C. § 1692e(11).

10. Defendant falsely threatened suit.

FIRST COUNT

11. In the collection efforts, defendant violated the FDCPA, *inter alia*, §1692d, 1692e, 1692e(5), 1692e(10), 1692e(11) and 1692f.

12.     As a result of defendant's illegal collection activities, plaintiff suffered actual damages in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, as well as unjustified and abusive invasions of personal privacy.

WHEREFORE, plaintiff respectfully requests this Court to:

1.      Award plaintiff such damages as are permitted by law, including actual damages and $1,000 statutory damages; and

2.      Award the plaintiff costs of suit and a reasonable attorney's fee.

JEFFREY L. SUHER, P.C.

By:     /s/ Jeffrey L. Suher
        Jeffrey L. Suher, Esquire
        Pa. I.D. # 74924
        4328 Old Wm. Penn Hwy., Ste. 2J
        Monroeville, PA 15146
        (412) 374-9005
        lawfirm@jeffcanhelp

Attorney for Plaintiff